# MANDATE

ORIGINAL
SDNY | NYNY
05-CV-2860
Holwell

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Barnett v. Elan Corp., P.L.C. (Activest Investmentfesellshaft mbH)

Docket No. 08-3023-cv

*[Stamp: UNITED STATES COURT OF APPEALS FILED SEP 11 2008 SECOND CIRCUIT]*

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn with prejudice, without costs, and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/15/08]*

By: _____
Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
Shannon L. Hopkins
**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue, 26th Floor
New York, New York 10017
(212) 894-7200
Fax: (212) 894-7272
vcappucci@entwistle-law.com
soestreich@entwistle-law.com
rcappucci@entwistle-law.com
shopkins@entwistle-law.com

By: _____
Sanford P. Dumain
Richard H. Weiss
**MILBERG LLP**
One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300
Fax: (212) 868-1229
sdumain@milberg.com
rweiss@milberg.com

*Attorneys for Appellants*

CERTIFIED:
SEP 11 2008

By: /s/ Jaculin Aaron
Stuart J. Baskin
Jaculin Aaron
Daniel M. Segal
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
(212) 848-4000
Fax: (212) 848-7179
sbaskin@shearman.com
jaaron@shearman.com
dan.segal@shearman.com

*Attorneys for Appellees*

SO ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
/s/ Vidya Kurella
Vidya Kurella, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by /s/
DEPUTY CLERK